UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 18-9982 MWF (KSx)** | Date: January 9, 2019 |
| Title **Carmen John Perri v. Subway No. 458250, et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

PROCEEDINGS (IN CHAMBERS):   COURT ORDER

In light of the Notice of Settlement [13] filed January 9, 2019, the Court sets a hearing on Order To Show Cause Re Dismissal for February 11, 2019 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other dates and deadlines are hereby vacated.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm